# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

---

### MINUTES OF PROCEEDINGS AND ORDER – CIVIL

---

| | |
|---|---|
| FREDERICK MEANS, | Case No. 1:20-cv-02241 |
| Plaintiff, | DATE: May 27, 2021 |
| v. | COURT REPORTER:  S. Perkins |
| CUSTOM PRODUCTS CORPORATION, | JUDGE PATRICIA A. GAUGHAN |
| Defendant. | MAGISTRATE JUDGE DAVID A. RUIZ |

---

Attorney for Plaintiff:  
Dennis R. Fogarty

Attorney for Defendant:  
Corey N. Thrush

---

PROCEEDINGS:    The Court held a settlement conference/mediation on May 27, 2021, by video conference with the above counsel; Plaintiff; and Defendant's representatives Bill Stepanek, Vice President, Custom Products and Margaret Cook, Human Resources, Custom Products.  The parties were able to reach a settlement of all matters in dispute and memorialized the material terms on the record.  Transcript of the hearing sealed.  The parties require additional time to complete the underlying settlement; and they shall file a Stipulated Notice of Dismissal with prejudice within 60 days.

Total Time:  4 hours, 30 minutes

s/ *David A. Ruiz*, May 27, 2021  
David A. Ruiz  
U.S. Magistrate Judge