IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FREDERICK MEANS, | ) CASE NO.:  1:20-CV-2241 |
| | ) |
| Plaintiff, | ) JUDGE PATRICIA A. GAUGHAN |
| | ) |
| -v- | ) **STIPULATION OF DISMISSAL** |
| | ) |
| CUSTOM PRODUCTS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Frederick Means and Defendant Custom Products Corporation, by and through counsel, hereby state that all claims between them are hereby dismissed, with prejudice.  Defendant to pay court costs up to $258.00.

Respectfully submitted,

*/s/ Dennis R. Fogarty (via consent)*
Dennis R. Fogarty (0055563)
Davis & Young
29010 Chardon Road
Willoughby Hills, OH  44092
Ph: (216) 348-1700
Fax: (216) 621-0602
dfogarty@davisyoung.com

*Attorney for Plaintiff*

/s/ *Corey N. Thrush*
Ellen Toth (0056176)
Corey N. Thrush (0085985)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH  44114
Ph: 216.241.6100
Fax: 216.357.4733
ellen.toth@ogletree.com
corey.thrush@ogletree.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2021, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Corey N. Thrush*
*One of the Attorneys for Defendants*

47654014.1