# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK MEANS, | ) | CASE NO.:  1:20-CV-2241 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| -v- | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| CUSTOM PRODUCTS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Frederick Means and Defendant Custom Products Corporation, by and through

counsel, hereby state that all claims between them are hereby dismissed, with prejudice.  Defendant

to pay court costs up to $258.00.

So Ordered.
/s/ Patricia A. Gaughan
6/30/21

Respectfully submitted,

_/s/ Dennis R. Fogarty (via consent)_
Dennis R. Fogarty (0055563)
Davis & Young
29010 Chardon Road
Willoughby Hills, OH  44092
Ph:     (216) 348-1700
Fax:   (216) 621-0602
dfogarty@davisyoung.com

*Attorney for Plaintiff*

_/s/ Corey N. Thrush_
Ellen Toth (0056176)
Corey N. Thrush (0085985)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH  44114
Ph:     216.241.6100
Fax:    216.357.4733
ellen.toth@ogletree.com
corey.thrush@ogletree.com

*Attorneys for Defendant*